AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHUTKAN, TANYA S. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| us DISTRICT COURT JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

333 CONSTITUTION AVE NW
WASHINGTON DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DISTRICT COURT JUDGE | DISTRICT OF COLMBIA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | USFG | $204,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | DC SUPIOR COURT- SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | HARVARD LAW SCHOOL | 3/21/17; 3/22/17 | CAMBRIDGE, MASS | CONFERENCE | AMENDMENT TO THE 2017 REPORT |
| 2. | YALE LAW SCHOOL | 3/11/15; 3/12/15 | NEW HAVEN, CT | CONFERENCE | AMENDMENT TO THE 2015 REPORT |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ██████████ | TUITION | K |
| 2. ██████ | TUITION | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. NDC ENTERPRISE FUND | A | Distribution | K | W | | | | | |
| 2. NDC ENTERPRISE FUND | A | Distribution | K | W | | | | | |
| 3. EQUINOX INC REIT | A | Dividend | K | W | | | | | |
| 4. HACK PUREFUNDS CYBER | A | Int./Div. | J | T | | | | | |
| 5. PCEIX PACE INTERNATIONAL EQUITY MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 6. PCLCX PACE LARGE CO GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 7. PCEIX PACE INTERNATIONAL MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 8. PCLVX PACE LARGE CO MUTUAL FUIND | A | Int./Div. | J | T | | | | | |
| 9. PCSGX PACE MEDIUM SMALL CO GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 10. PCSVX SMALL VALUE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 11. PHYPX PACE HIGH YIELD INVESTMENT CLASS MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 12. PCGLX PACE INTERNATIONAL FIXED INCOME MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 13. PCGTX PACE MORTGAGE BACKED MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 14. PCSIX STRATEGIC FIXED MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 15. PAPSX PACE ALTERNATIVE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 16. AI ARLINGTON ASSET INV COMMON STOCK | A | Int./Div. | J | T | | | | | |
| 17. IACLX VOYA CORPORATE LEADERS MUTUAL FUND | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IAGEX VOYA GLOBAL EQUITY DIVIDEND MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 19. IEDAX VOYA LARGE CAP MUTUAL FUND | A | Int./Div. | K | T | | | | | |
| 20. UNITS FT BIOTECHNOLOGY UNIT INVESTMENT TRUST | A | Int./Div. | | | Sold | 04/13/18 | J | A | |
| 21. IAU I SHARES GOLD ETF | A | Int./Div. | J | T | | | | | |
| 22. SKRSX DEUTSCHE ENHANCED COMMODITY MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 23. HACK PUREFUNDS CYBER FUND | A | Int./Div. | J | T | | | | | |
| 24. PCEXX PACED MONEY MARKET | A | Interest | J | T | | | | | |
| 25. PCEMX INTERNATIONAL EMERGING MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 26. PCEIX INTERNATIONAL EQUITY MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 27. PCLCX LARGE CO GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 28. PCLVX LARGE VALUE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 29. PCSGX SMALL GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 30. PCSVX SMALL VALUE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 31. PHYPX PACE HIGH YIELD MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 32. PCGLX PACE INTERNATIONAL MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 33. PCGTX PACE MORTGAGE BACKED MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 34. PCSIX PACE FIXED MUTUAL FUND | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. PAPSX PACE ALTERNATIVE MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 36. WPC WP CAREY REIT | A | Int./Div. | K | T | | | | | |
| 37. HACK PURE FUNDS CYBER FUNDS | A | Int./Div. | J | T | | | | | |
| 38. CWGIX AMERICAN FUNDS MUTUAL FUNDS | A | Int./Div. | J | T | | | | | |
| 39. FAEGX FIDELITY ADVISOR GROWTH MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 40. VAFAX INVESCO AMERICAN MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 41. UNITS FT BIOTECHNOLOGY PORTFOLIO SERIES UIT | A | Int./Div. | J | T | | | | | |
| 42. PYICX PIONEER HIGH YIELD MUTUAL FUND | A | Dividend | J | T | | | | | |
| 43. IAU I SHARES GOLD ETF | A | Int./Div. | J | T | | | | | |
| 44. CSCOCISCO COMMON STOCK | A | Dividend | J | T | | | | | |
| 45. KO COCA COLA COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. JNJ JPOHNSON AND JOHNSON | A | Dividend | J | T | | | | | |
| 47. MSFT MICROSOFT COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. PQNAX ALLIANZ MID CAP FUND | A | Int./Div. | J | T | | | | | |
| 50. BMCAX BLACK ROCK MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 51. SQOVX FIRST EAGLE OVERSEAS | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. OAKIX OAKMARK INTL MUTUAL FUNSD | A | Int./Div. | K | T | | | | | |
| 53. UNITS FT BIOTECHNOLOGY UIT | A | Int./Div. | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. CALVERT BALANCED PORTFOLIO | A | Int./Div. | L | T | | | | | |
| 56. CALVERT EQUITY FUNDDC 529 | A | Int./Div. | L | T | | | | | |
| 57. STATE STREET EQUITY FUND DC 529 | A | Int./Div. | L | T | | | | | |
| 58. BLACK ROCK LIQUIDITY MUTUAL FUND | A | Int./Div. | K | T | | | | | |
| 59. DC STABLE VALUE FUND | A | Int./Div. | K | T | | | | | |
| 60. WELLS FARGO CHECKING | A | Interest | K | T | | | | | |
| 61. WELLS FARGO SAVINGS | A | Interest | J | T | | | | | |
| 62. UBS BANK DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 63. AMERICAN CENTURY GROWTH FUND | A | Int./Div. | J | T | | | | | |
| 64. AMERICAN FUNDS GROWTH FUND OF AMERICA | A | Int./Div. | K | T | | | | | |
| 65. FIRST EAGLE OVERSEAS FUND | A | Int./Div. | J | T | | | | | |
| 66. ARIEL FUND | A | Int./Div. | K | T | | | | | |
| 67. BLACK ROCK CORE EQUITY | A | Int./Div. | J | T | | | | | |
| 68. DWS ENHANCED COMMUNITY STRATEGY FUND | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JPMORGAN EMERGING ECONOMIES FUND | A | Int./Div. | J | T | | | | | |
| 70. PINEBRIDGE GLOBAL SOCIAL AWARENESS FUND | A | Int./Div. | J | T | | | | | |
| 71. ING CORE EQUITY RESEARCH FUND | A | Int./Div. | K | T | | | | | |
| 72. ING CORPORATE LEADERS 100 FUND | A | Int./Div. | J | T | | | | | |
| 73. ING GLOBAL EQUITY DIVIDEND FUND | A | Int./Div. | J | T | | | | | |
| 74. METLIFE STABLE FUND | A | Int./Div. | J | T | | | | | |
| 75. MFS TOTAL RETURN FUND | A | Int./Div. | J | T | | | | | |
| 76. SSGA CLARION REAL ESTATE FUND | A | Int./Div. | J | T | | | | | |
| 77. SSGA INTERNATIONAL STOCK SELECTION FUND | A | Int./Div. | J | T | | | | | |
| 78. SSGA S AND P 500INDEX FUND | A | Int./Div. | K | T | | | | | |
| 79. T ROWE PRICE SMALL CAP VALUE FUND | B | Int./Div. | L | T | | | | | |
| 80. VANGUARD WELLINGTON FUND | A | Int./Div. | K | T | | | | | |
| 81. VANGUARD WINDSOR II FUND | A | Int./Div. | K | T | | | | | |
| 82. VALIC SCIENCE AND TECHNOLOGY FUND | A | Int./Div. | J | T | | | | | |
| 83. VALIC FIXED ACCOUNT PLUS | A | Interest | J | T | | | | | |
| 84. FERXX TAX EXEMPT FUND CAPITAL RESERVES | A | Interest | J | T | | | | | |
| 85. FPRXX PRIME CAPITAL MONEY MARKET FUND | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. COIFPRP CAPITAL ONE PREFERRED STOCK | B | Int./Div. | K | T | | | | | |
| 87. FRCPRE FIRST REPUBLIC PREFERRED STOCK | B | Int./Div. | K | T | | | | | |
| 88. HFRZX HIGHLAND FLOATING RATE | A | Int./Div. | J | T | | | | | |
| 89. DIST COLUMBIA REV BNOND BDS HOWARD 5.74% 10/1/19 UNIV. SER 2011B | B | Interest | K | T | | | | | |
| 90. DC HSG FIN AGY 3.35% 12/1/21 MULTIFAMILY HSG REV BDS | A | Interest | J | T | | | | | |
| 91. PUERTO RICO COMWLTH PUB IMPT REF BDS 45 7/1/22 SER 2012A | A | Interest | K | T | | | | | |
| 92. AGFZX ▉ GLOBAL MANAGED FUND | A | Dividend | | | Sold | 06/19/18 | J | | |
| 93. IBB BIOTECH ETF | A | Int./Div. | K | T | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. FSIC FS INVESTMENT CORP | A | Dividend | J | T | | | | | |
| 97. RAVI FLEXSHARES TRUST READY ACCESS VAR | A | Dividend | | | Sold | 11/19/18 | K | | |
| 98. XLK TECHNOLOGY ETF | A | Dividend | | | Sold | 10/05/18 | K | | |
| 99. SPY S AND P 500 | A | Dividend | L | T | | | | | |
| 100. WRREX RESOURCE REAL ESTATE | B | Dividend | K | T | | | | | |
| 101. ESG FLEXSHARES TR STOX INDEX | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. INO INOVIO PHARM | A | Int./Div. | J | T | | | | | |
| 103. PCEF POWERSHARES INCOME COMPOISITE | A | Int./Div. | K | T | | | | | |
| 104. FRCDX FIRST INVESTORS COV CALL STRAT | A | Int./Div. | K | T | | | | | |
| 105. SFL SHIP FINANCE INT COM | A | Int./Div. | J | T | | | | | |
| 106. OHIO NATIONAL VA LEGG MASON DYNAMIC MULTI STRAT VIT PORTFOLIO | A | Dividend | L | T | | | | | |
| 107. OHIOO NATIONAL VA TOPS MANAGED MODERATE GROWTH | A | Dividend | L | T | | | | | |
| 108. OHIO NATIONAL VA FIDELITY VIP VOL PERTFOLIO | A | Dividend | L | T | | | | | |
| 109. OHIO NATTIONAL VA INTECH US LOW VOL PORTFOLIO | A | Dividend | L | T | | | | | |
| 110. AGFZX 361 GLOBAL COUNTER | A | Dividend | J | T | | | | | |
| 111. IBUY AMPLIFY ETF | A | Dividend | K | T | Buy | 11/19/18 | K | | |
| 112. ITA US AER DEF ETF | A | Dividend | K | T | Buy | 11/19/18 | K | | |
| 113. VIVALDI MERGER VARBX | A | Dividend | K | T | Buy | 09/17/18 | K | | |
| 114. RCIWX RESOURCE CREDIT FUND | A | Dividend | J | T | Buy | 05/25/18 | J | | |
| 115. HCMGX HCM TACTICAL MNGMT | A | Dividend | K | T | Buy | 09/17/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

AMENDMENT TO PART IV REIMBURSEMENTS


YALE LAW SCHOOL
3/11/15 THROUGH 3/12/15
NEW HAVEN CT
LAW STUDENT CAREER SEMINAR
TRANSPORTATION MEALS LODGING


HARVARD LAW SCHOOL
3/21/17 THROUGH 3/22/17
CAMBRIDGE MASS
MOOT COURT
LODGING TRANSPORTATION MEALS

| Name of Person Reporting | Date of Report |
|---|---|
| CHUTKAN, TANYA S. | 05/14/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ TANYA S. CHUTKAN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544